**Opinion filed May 27, 2016**



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00114-CV

_____

## IN THE INTEREST OF X.G.P., A CHILD

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CV-33116**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a "Notice of Nonsuit" in which she states that she "no longer desires to prosecute this suit." We understand the "Notice of Nonsuit" to be a motion to dismiss this appeal, and we have filed it as such. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

May 27, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.